**AFFIDAVIT OF SPECIAL AGENT GINA GALANTINO**
**IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT**

I, Special Agent Gina Galantino, being sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the federal Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since 2020.  I currently am assigned to the Boston Field Office.  I am a graduate of the Federal Law Enforcement Training Center, where I completed ATF Special Agent Basic Training and the Criminal Investigator Training Program.  During my law enforcement career, I have participated in the execution of state and federal search and/or arrest warrants for violations of firearms and controlled substance laws.  My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2.      As a Special Agent for ATF, some of my duties include conducting criminal investigations into cases of illegal possession/transfer of firearms, firearms trafficking, and drug trafficking.  Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the illegal use and trafficking of firearms and controlled substances and the unlawful use or possession of firearms.  I have been the affiant on affidavits in support of federal search warrants and arrest warrants.  I have participated in and performed surveillance and made arrests of firearms and narcotics traffickers.  I have interviewed numerous defendants, witnesses, victims, confidential informants, and other police officers regarding the illegal use and trafficking of firearms and controlled substances and the unlawful use or possession of firearms.

3.      I submit this criminal complaint charging Klordenzsky SENECHARLES (DOB XX/XX/1996), with knowingly and willfully making a material and false statement, in violation of 18 U.S.C. § 1001(a)(2).

1

4.    I am familiar with the facts and circumstances of this investigation from my own personal participation therein and from oral and written reports made to and by agents of the ATF and other federal, state, and local law enforcement agencies.  In submitting this affidavit, I have not included each and every fact known to me about this investigation; rather, I only am submitting enough evidence necessary to establish the requisite probable cause.

## PROBABLE CAUSE

A.    **The Recovery of FIREARMS 1 and 2 and Identification of SENECHARLES**

5.    **Firearm 1.**  On June 4, 2021, the Boston Police Department ("BPD") recovered a Taurus G23 9mm Pistol bearing serial number ABM287758 ("FIREARM 1") pursuant to a shots-fired call in the area of 36 Georgetown Drive in Hyde Park, Massachusetts.  No arrests were made for this incident.

6.    ATF traced the serial number of FIREARM 1 and found that SENECHARLES had purchased the firearm from On Target Training Inc. in East Bridgewater, Massachusetts on January 2, 2021.  Investigators learned through an ATF "Multiple Sale Report"[1] that FIREARM 1 was part of a "multiple-sale," in which SENECHARLES also had purchased a Taurus G23 9MM Pistol bearing serial number ABM250933.  ATF observed that SENECHARLES also had two additional "multiple-sales."

7.    ATF began investigating SENECHARLES following the recovery of FIREARM 1. Investigators learned that SENECHARLES had an active Massachusetts License to Carry ("LTC") and had purchased 28 firearms from Federal Firearm Licensees ("FFLs") in Massachusetts between March 2020 and May 2021.

---

[1]    An ATF "Multiple Sale Report" form contains information reported to the ATF by a Federal Firearm Licensee to document any sale of two or more handguns to the same individual either at the same time or in multiple sales within five days of one another.

8.    **Firearm 2.**  Investigators also learned that a firearm assigned to SENECHARLES—a Ruger, SR40C, .40 caliber Pistol bearing serial number 342-39913 ("FIREARM 2")—had been recovered in Boston on December 27, 2020, at the scene of an attempted homicide.  No arrests were made for this incident.

9.    SENECHARLES was not the original purchaser of FIREARM 2, but according to Massachusetts Criminal Justice Information System ("CJIS") records, he had purchased the firearm on August 13, 2020, such that it was assigned to him at the time of its recovery.

10.    CJIS further indicated that SENECHARLES was the assigned owner of 24 firearms, all handguns.  The 24 firearms assigned to SENECHARLES, and purchased originally between March 2020 and May of 2021, are listed in Table A below.  In the time since their purchase, more than half of these firearms—13 of the 24—have been recovered in connection with criminal activity, including FIREARM 1 and FIREARM 2.  Those 13 firearms are highlighted in yellow.  Additional information as to these thirteen firearms, identified as FIREARM 3 through FIREARM 13, will be provided in the paragraphs that follow in the approximate order of their recovery:[2]

---

[2]    In a prior affidavit, another member of the investigative team in this case, Special Agent Michael Romeo, provided the incorrect serial number for four of these firearms—the firearms listed in rows 1, 3, 22, and 24 in Table A.  *See* 23-MJ-7081-83.  Based on our investigation, I know Agent Romeo's prior identification of these firearms' serial numbers was based on investigators' transcription of handwritten records maintained by the FFLs from which the firearms were purchased.  In subsequently reviewing electronic records regarding the same firearms, I determined that Agent Romeo had made several unintentional transcription errors.  For example, as to the firearm in Row 1, Agent Romeo reported the serial number as beginning with "WAZ" when it actually begins with "WA2," and as to the firearm in Row 3, Agent Romeo reported the serial number as beginning with "GK5" when it begins with "GKS."  I have corrected these minor inaccuracies in Table A.

| TABLE A | | | | | | |
|---|---|---|---|---|---|---|
| # | Manufacturer | Type | Serial # | Model | Caliber | Purchase Date |
| 1 | Walter | Handgun | WA259769 | P22 | 22 | 03/12/20 |
| 2 | Smith & Wesson | Handgun | FZM2830 | SD40VE | 40 | 05/21/20 |
| 3 | FN | Handgun | GKS0071351 | 509 | 9MM | 06/04/20 |
| 4 | Ruger (FIREARM 2) | Handgun | 342-39913 | SK40 | 40 | 08/13/20 |
| 5 | Smith & Wesson (FIREARM 12) | Handgun | FZF3495 | SD40VE | 40 | 08/18/20 |
| 6 | Smith & Wesson | Handgun | HXE6633 | M&P 45 Shield | 45 | 08/28/20 |
| 7 | Glock (FIREARM 6) | Handgun | BHC344US | 22 | 40 | 09/25/20 |
| 8 | Smith & Wesson (FIREARM 11) | Handgun | HZS4890 | M&P 45 Shield | 45 | 09/25/20 |
| 9 | Smith & Wesson (FIREARM 5) | Handgun | KFW4330 | Bodyguard 380 | 380 | 10/15/20 |
| 10 | Smith & Wesson | Handgun | KHP7921 | Bodyguard 380 | 380 | 10/15/20 |
| 11 | Smith & Wesson | Handgun | KHS1419 | Bodyguard 380 | 380 | 10/26/20 |
| 12 | Kahr | Handgun | VA3567 | PM9 | 9MM | 12/09/20 |
| 13 | Smith & Wesson | Handgun | PDY9584 | SW9VE | 9MM | 12/09/20 |
| 14 | Glock (FIREARM 9) | Handgun | CDT165US | 22 | 40 | 12/31/20 |
| 15 | Taurus (FIREARM 10) | Handgun | ABM250933 | G3C | 9MM | 12/31/20 |
| 16 | Glock | Handgun | AKVO97 | | 40 | 12/31/20 |
| 17 | Taurus (FIREARM 1) | Handgun | ABM287758 | G3C | 9MM | 01/02/21 |
| 18 | Taurus (FIREARM 3) | Handgun | ABM250648 | G3C | 9MM | 01/14/21 |

| # | Manufacturer | Type | Serial # | Model | Caliber | Purchase Date |
|---|---|---|---|---|---|---|
| 19 | Springfield (FIREARM 4) | Handgun | HG112484 | XD45 | 45 | 01/19/21 |
| 20 | Glock | Handgun | BKX615US | 22 | 40 | 02/13/21 |
| 21 | Glock (FIREARM 8) | Handgun | BTE588US | 19 | 9MM | 02/25/21 |
| 22 | Springfield (FIREARM 13) | Handgun | BY561044 | XDS Mod 2 | 9MM | 03/13/21 |
| 23 | IAI | Handgun | M12187 | Backup 380 | 380 | 04/22/21 |
| 24 | Taurus (FIREARM 7) | Handgun | ACD769933 | G3C | 9MM | 05/20/21 |

11.    Additionally, CJIS indicated that between December 2020 and February of 2021, SENECHARLES resold four of the original 28 firearms that he had purchased between March 2020 and May of 2021.  These four resold firearms were the following:

| | | | | TABLE B | | | |
|---|---|---|---|---|---|---|---|
| # | Manufacturer | Type | Serial # | Model | Caliber | Purchase Date | Sale Date |
| 1 | Tri Star | Shotgun | KRP021259 | Cobra III | 12GA | 12/03/20 | 12/11/20 |
| 2 | Smith & Wesson | Handgun | CVK5076 | Bodyguard | 38 | 02/12/21 | 02/13/21 |
| 3 | Ruger | Handgun | 641-96710 | Ruger-57 | 57 | 02/12/21 | 03/06/21 |
| 4 | Sig Sauer | Handgun | 66b300154 | P365 | 9MM | 02/23/21 | 02/26/21 |

**B.    The October 2021 Interviews of SENECHARLES**

12.    On October 4, 2021, Special Agent Romeo and I interviewed SENECHARLES regarding his suspected involvement in firearms trafficking activities.  This interview took place outside of SENECHARLES's residence in Brockton, Massachusetts.  I took written notes memorializing the interview, which Special Agent Romeo and I later used to create a spreadsheet to

5

keep track of SENECHARLES's firearms.[3]

13.    During this October 4, 2021 interview, we asked SENECHARLES how many firearms he currently owned.  SENECHARLES stated that he owned two firearms, a Glock 17 and an XD45, which both were located in a safe at SENECHARLES's mother's home at a different location in Brockton, Massachusetts.

14.    Investigators asked SENECHARLES how many firearms he had purchased, and he stated approximately 12.  Investigators then informed SENECHARLES that a CJIS query of his Massachusetts Firearms Ownership indicated that between March 2020 and May 2021, he had purchased 28 firearms from multiple FFLs located throughout Massachusetts, and that he still owned 24 of those firearms (see Table A above).

15.    Investigators informed SENECHARLES that if he was not truthful with them, he could be charged with a felony.  At this time, investigators asked SENECHARLES to review the list of 24 firearms to identify where they were located.  SENECHARLES agreed to review the list. SENECHARLES indicated that in addition to the four firearm sales documented in CJIS (see Table B above), SENECHARLES also had sold 21 additional firearms.  Specifically, SENECHARLES identified eleven additional firearms that he had sold to Steve's Tactical in Stoughton, Massachusetts; four firearms that he had sold to Outer Limits Pro Shop, in Holbrook, Massachusetts; two firearms that he had sold to On Target Training in East Bridgewater, Massachusetts; two firearms that he had sold to J&J Arms in Dedham, Massachusetts; one firearm that he had sold to Fat Cat in Bridgewater, Massachusetts; and one firearm that he had sold to American Firearms in North Attleboro, Massachusetts.  SENECHARLES stated that he did not recall two of the firearms, specifically the

---

[3]    At an unknown time following the interview, after Agent Romeo and I had created a spreadsheet documenting the status of SENECHARLES's firearms, I misplaced the notebook containing my notes.  I relocated the notebook and my notes within it in approximately August 2025.

Ruger with serial number 342-39913, and the Smith & Wesson with serial number PDY9584. Additionally, SENECHARLES stated that one of the firearms, the Walter with serial number WA259769, was located at his mother's house. In connection with this discussion, SENECHARLES showed law enforcement photographs that he had saved on his cell phone of approximately four or five of the 28 firearms that he had purchased.

16.    At this time, investigators provided SENECHARLES with a Target Letter, which had been prepared by the United States Attorney's Office. The letter served as a formal notification to SENECHARLES that he was a target of a firearms trafficking investigation. Investigators advised SENECHARLES that he should retain an attorney and contact the Assistant United States Attorney ("AUSA") listed on the Target Letter regarding next steps.

17.    Following the interview, investigators contacted each FFL that SENECHARLES had identified as an FFL to which he had sold firearms. The FFLs reviewed their records and all informed investigators that they had not received any of the 21 firearms that SENECHARLES had claimed he sold to them.

18.    On October 8, 2021, investigators called SENECHARLES's cell phone, (XXX) XXX-6041, to follow up regarding his suspected involvement in firearms trafficking activities. Investigators asked SENECHARLES whether he had acquired an attorney and contacted the AUSA regarding the Target Letter. SENECHARLES stated that he did not have an attorney and he did not contact the AUSA. SENECHARLES asked investigators about the status of the investigation. Investigators informed SENECHARLES that they had contacted the FFLs he claimed to have sold his firearms to and that the FFLs had informed the investigators that they had not received or purchased any of SENECHARLES's 24 firearms. Investigators then asked SENECHARLES how many firearms he currently owned. SENECHARLES stated that he did not own any firearms at this

time.  SENECHARLES then asked investigators how much trouble he was in.  Investigators informed SENECHARLES that it was in his best interest to be truthful with investigators and to contact the AUSA to arrange a meeting.  SENECHARLES then told investigators that he was going to contact the AUSA regarding next steps.  He never did so.

## C.      The Recovery of FIREARMS 3-13

19.    **Firearm 3.**    On or about July 12, 2021, the Philadelphia, Pennsylvania Police Department responded to a radio call of an "investigate object" and recovered a Taurus G3C 9mm Pistol bearing serial number ABM250648 ("FIREARM 3").  The firearm was located on the highway at Ford Road and Greenland Drive and was loaded with 11 live 9mm rounds.

20.    FIREARM 3 was purchased by SENECHARLES on January 14, 2021, at On Target Training, in East Bridgewater, Massachusetts 02333.  During the October 4, 2021 interview, SENECHARLES informed investigators that he sold FIREARM 3 to Steve's Tactical, but when investigators contacted Steve's Tactical, they indicated that they had never purchased FIREARM 3 from SENECHARLES.

21.    **Firearm 4**.  On January 3, 2022, the Massachusetts State Police ("MSP") recovered a Springfield XDS .45 pistol, bearing serial number HG112484 ("FIREARM 4").  FIREARM 4 was recovered during the execution of a search warrant at a residence in Brockton, Massachusetts in connection with an investigation into narcotics distribution in Plymouth County.  MSP reported that FIREARM 4 was recovered in the bedroom of an individual who subsequently was charged with multiple firearm and narcotics violations and whose criminal record reflects that he has been charged with and/or convicted of multiple narcotics felonies in the past.

22.    FIREARM 4 was purchased by SENECHARLES on January 19, 2021, at On Target Training, in East Bridgewater, Massachusetts, 02333.  During the October 4, 2021 interview,

SENECHARLES informed investigators that he sold FIREARM 4 to Steve's Tactical, but when investigators contacted Steve's Tactical, they indicated that they never purchased FIREARM 4 from SENECHARLES.

23.     The MSP subsequently conducted a forensic analysis of FIREARM 4 at their Crime Laboratory.  This analysis indicated that FIREARM 4 had discharged five .45 Auto caliber cartridge casings in connection with a homicide that was committed approximately four months earlier, on or about September 9, 2021.  The homicide victim was shot in the head and in each of his left and right shins while in the driveway of his residence in Brockton, Massachusetts.  The five discharged cartridge cases to which FIREARM 4 matched had been recovered from the murder scene.

24.     **Firearm 5.**  On June 8, 2022, the BPD recovered a Smith & Wesson Bodyguard .380 caliber semi-automatic firearm bearing serial number KFW4330 ("FIREARM 5").  According to the BPD's report, FIREARM 5 was recovered from the vehicle of an individual who did not have a license to carry a firearm and who was arrested after the recovery and charged with multiple firearm and narcotics violations.

25.     FIREARM 5 was purchased by SENECHARLES on October 15, 2020, at Outer Limits Pro Shop in Holbrook, Massachusetts.  During the October 4, 2021, interview, SENECHARLES informed investigators that he sold FIREARM 5 to Steve's Tactical, but when investigators contacted Steve's Tactical, they indicated that they never purchased FIREARM 5 from SENECHARLES.

26.     **Firearm 6.**  On August 29, 2022, the Brockton Police Department ("Brockton PD") recovered a Glock 22, .40 caliber semi-automatic firearm bearing serial number BHC344US ("FIREARM 6").  According to Brockton PD's report, FIREARM 6 was recovered from a residence in Brockton, Massachusetts.  Police were dispatched to this address because of a "suicidal party."  Upon arrival, Brockton PD spoke to the individual in question, who was admitted that he did not have

a license to carry and had FIREARM 6 in his bedroom.  Officers ultimately recovered FIREARM 6 and transported the individual to Brockton Hospital.

27.    FIREARM 6 was purchased by SENECHARLES at Fat Cat Sports & Collections Inc. in Bridgewater, Massachusetts on September 25, 2020.  During the October 4, 2021, interview, SENECHARLES informed investigators that he sold FIREARM 6 to J & J Arms, but when investigators contacted J & J Arms, they indicated that they never purchased FIREARM 6 from SENECHARLES.

28.    **Firearm 7.**  On April 19, 2023, the Woonsocket, Rhode Island Police Department ("WPD") recovered a Taurus, G3C, 9mm, semi-automatic firearm bearing serial number ACD769933[4] ("FIREARM 7") during the execution of a search warrant at a residence in Woonsocket, Rhode Island.  In connection with the execution of the warrant and recovery of FIREARM 7, an individual was arrested and charged with firearm and narcotic violations.

29.    FIREARM 7 was purchased by SENECHARLES at Steve's Tactical in Stoughton, Massachusetts on May 20, 2021.  During the October 4, 2021 interview, SENECHARLES informed investigators that he sold FIREARM 7 to Outer Limits Pro Ship, but when investigators contacted Outer Limits Pro Shop, they indicated that they never purchased FIREARM 7 from SENECHARLES.

30.    **Firearm 8.**  On June 1, 2023, the MSP, Rhode Island State Police, United States Marshals Service, and Fall River Police Department executed an arrest warrant for an individual and search warrant for that individual's residence in Fall River, Massachusetts.  The individual had two open warrants in Fall River District Court for assault and battery on a family/household member and breaking and entering, and one open warrant in Providence, Rhode Island for homicide/murder.

---

[4]    *See supra* note 2.

Officers recovered a Glock 19, 9mm caliber, semi-automatic firearm bearing serial number BTE588US ("FIREARM 8") from the individual's bedroom.

31.    FIREARM 8 was purchased by SENECHARLES at Steve's Tactical in Stoughton, Massachusetts on February 25, 2021.  During the October 4, 2021 interview, SENECHARLES informed investigators that he sold FIREARM 8 to American Firearms School, but when investigators contacted American Firearms School, they indicated that they never purchased FIREARM 8 from SENECHARLES.

32.    **Firearm 9.**  On June 16, 2023, the MSP attempted to execute a warrant to arrest an individual who was wanted for murder and carrying a firearm without a license.  The individual did not comply and fled in a motor vehicle.  A pursuit ensued, which ended with a significant crash between the individual's motor vehicle and another vehicle.  The individual fled on foot but was apprehended.  The MSP obtained and executed a warrant to search the individual's vehicle and recovered a Glock, 22, .40 caliber, semi-automatic firearm, bearing serial number CDT165US ("FIREARM 9").

33.    FIREARM 9 was purchased by SENECHARLES at Steve's Tactical in Stoughton, Massachusetts on December 31, 2020.  During the October 4, 2021 interview, SENECHARLES informed investigators that he sold FIREARM 9 to Outer Limits Pro Shop, but when investigators contacted Outer Limits Pro Shop, they indicated that they never purchased FIREARM 9 from SENECHARLES.

34.    **Firearm 10.**  On August 25, 2023, WPD officers were dispatched to investigate a suspicious vehicle in the area of 444 Willow Street in Woonsocket, Rhode Island.  Two juveniles were inside the vehicle and observed to be acting suspiciously.  Officers frisked each individual and the area inside the vehicle that had been within the occupants' reach.  Officers recovered a Taurus

G3C black 9mm handgun from under the front passenger seat, where one individual had been observed to be making furtive movements before he was removed from the car. The firearm had one 9mm Ruger round in its chamber, and 6 additional rounds seated in the magazine. The serial number on the firearm had been tampered with but was determined to be ABM250933 ("FIREARM 10").

35. FIREARM 10 was purchased by SENECHARLES at On Target Training in East Bridgewater, Massachusetts on December 31, 2020. During the October 4, 2021 interview, SENECHARLES informed investigators that he sold FIREARM 10 to Steve's Tactical, but when investigators contacted Steve's Tactical, they indicated that they never purchased FIREARM 10 from SENECHARLES.

36. **Firearm 11.** On November 17, 2023, BPD responded to a death investigation at 125 Amory Street in Boston, Massachusetts. The victim was declared non-viable by Boston Emergency Medical Services and transported to the Office of the Medical Examiner ("OCME"). A concerned party who eventually would be cleaning out the residence informed BPD that they believed a firearm may be present there. BPD conducted a protective sweep and recovered a Smith and Wesson 45 M & P Shield semi-automatic firearm bearing serial number HZS4890 ("FIREARM 11"), a Ruger Security 9mm semi-automatic firearm, and 2 plastic bags of a white powdery substance that officers identified as cocaine.

37. FIREARM 11 was purchased by SENECHARLES at the Fat Cat FFL in Bridgewater, Massachusetts on September 25, 2020. During the October 4, 2021 interview, SENECHARLES informed investigators that he sold FIREARM 11 to Steve's Tactical, but when investigators contacted Steve's Tactical, they indicated that they never purchased FIREARM 11 from SENECHARLES.

38. **Firearm 12.** On February 26, 2024, BPD responded to a death investigation at 240

12

Tremont Street in Boston, Massachusetts.  Upon arrival, officers located the bodies of a male and a female who both had suffered from gunshot wounds and were declared to be deceased.  Further investigation revealed that the male had shot and killed the female and then killed himself.  Two firearms were recovered from the scene, including one Smith & Wesson Model SD0VE, .40 caliber semi-automatic firearm bearing serial number FZF3495 ("FIREARM 12").

39.     FIREARM 12 was purchased by Klordenzsky SENECHARLES at Steve's Tactical in Stoughton, Massachusetts on August 18, 2020.   During the October 4, 2021 interview, SENECHARLES informed investigators that he sold FIREARM 12 to Steve's Tactical, but when investigators contacted Steve's Tactical, they indicated that they never purchased FIREARM 12 from SENECHARLES.

40.     **Firearm 13.**  On April 22, 2025, officers from the Quincy Police Department ("QPD") responded to a 911 call reporting a Black male with a gun in his jacket pocket at a CVS Pharmacy located at 626 Southern Artery, in Quincy, Massachusetts.  Officers encountered a man whose clothing matched the description they had received and asked him to show them his hands.  He asked "why?" and made a motion with his left arm toward the location of the firearm in his jacket pocket. Officers apprehended the man, who was identified as William Boyd.  Boyd has an "M" tattoo on his hand and is known to law enforcement to be associated with the Morse Street gang.   Officers recovered from Boyd a black Springfield Armory, 9mm pistol, bearing serial number BY561044 ("FIREARM 13"). Boyd subsequently was indicted in Norfolk County Superior Court with several firearm-related state offenses, including possessing a firearm without identification, subsequent offense; illegal possession of ammunition; carrying a firearm without a license; and carrying a loaded firearm without a license.

41.     FIREARM 13 was purchased by SENECHARLES at Steve's Tactical in Stoughton,

Massachusetts on March 13, 2021. During the October 4, 2021 interview, SENECHARLES informed investigators that he sold FIREARM 13 to On Target Training, but when investigators contacted On Target Training, they indicated that they never purchased FIREARM 13 from SENECHARLES.

**D.    The December 2024 Proffer**

42.    On or about December 5, 2024, SENECHARLES and his attorney met investigators and representatives of the United States Attorney's Office for the District of Massachusetts at their office in Boston, Massachusetts. SENECHARLES stated that he sold approximately 75% of his firearms back to the FFLs from which he had purchased them and that the remaining firearms had been stolen from his vehicle while it was parked in a lot associated with his prior employment through the Department of Youth Services ("DYS"). SENECHARLES admitted that he never reported this theft to any law enforcement authorities.

43.    On or about December 18, 2024, investigators spoke with a DYS employee who indicated there were no known reports of theft made by SENECHARLES at the DYS facility.

44.    Throughout December 2024, investigators spoke again with several representatives of the FFLs that SENECHARLES had indicated he sold firearms to. On or about December 9, 2024, Outer Limits Pro Shop confirmed that SENECHARLES never sold or consigned a firearm to the store. That same date, American Firearms School confirmed that SENECHARLES never sold or consigned a firearm to the store. On or about December 11, 2024, Fat Cat Sports and Collectibles confirmed that it previously had provided all of its records to investigators, which reflected that SENECHARLES never sold a firearm to the store. On or about December 13, 2024, Steve's Tactical likewise confirmed that it previously had provided all of its records to investigators, which reflected that SENECHARLES had sold the store only the four firearms identified in Table B above, and no others.

14

## CONCLUSION

45.    Based on the information described above, there is probable cause to believe that SENECHARLES has knowingly and willfully made a material and false statement regarding a matter within the jurisdiction of the executive branch of the United States government, in violation of 18 U.S.C. § 1001(a)(2).

Respectfully submitted,

GINA GALANTINO by JCB
GINA GALANTINO
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and
Explosives

Sworn to before me via telephone in accordance with
Fed. R. Crim. P. 4.1 on January  20 , 2026.

HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE